United States District Court
Southern District of Texas
**ENTERED**
July 21, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIFE TIME FITNESS, INC., et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-0164 |
| | § | |
| KYLE BAUER, et al., | § | |
| Defendants. | § | |

## ORDER

Having been informed that a settlement has been reached in this case, it is hereby

**ORDERED** that this case is **DISMISSED without prejudice** to reinstatement of the parties' claims if any party represents to the Court on or before **August 20, 2016**, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 21st day of **July, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\0164Cond.docx  160720.1653