UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LIFE TIME FITNESS, INC., <br> LTF REAL ESTATE COMPANY, INC., <br> AND LTF CLUB MANAGEMENT <br> COMPANY, LLC, <br><br> *Plaintiffs/Applicants,* <br><br> v. <br><br> KYLE BAUER, MONICA BAUER, <br> RENEW YOU, LLC DBA RENEW <br> YOU MD, AND RENEW YOU MEDI <br> DAY SPA, LLC, <br><br> *Defendants/Respondents.* | Civ. A. No.: 16-164 |

## STIPULATED JOINT MOTION FOR ENTRY OF AGREED PERMANENT INJUNCTION

Plaintiffs, Defendants, and R. Scott Yarish, M.D. (referred to as "Dr. Scott Yarish" or "Dr. Yarish") (collectively the "Parties"), through counsel, hereby file this Stipulated Joint Motion for Entry of Agreed Permanent Injunction (the "Joint Motion") requesting that the Court enter the Permanent Injunction Order and Judgment attached hereto as **Exhibit A**. In support of this Joint Motion, the parties to this lawsuit and Dr. Scott Yarish (collectively the "Parties") state as follows:

1.  The Parties have resolved their differences and no longer desire to prosecute this action. The Parties' resolution includes an agreement to the permanent injunctive relief and final judgment as set forth in the proposed Permanent Injunction Order and Final Judgment attached hereto as **Exhibit A**. Therefore, the Parties request that the Court issue a Permanent Injunction Order and enter Final Judgment in accordance with the agreement of the Parties.

THEREFORE, for reasons stated above, the Parties request that Court issue an order and enter judgment in the form of Exhibit A attached hereto, and request that the Court grant them such other and further relief to which they may justly be entitled.

DATED: September 19, 2016.

BY: *[signature]*
Ted D. Meyer
State Bar No. 13997500
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002
713-655-5779
713-655-0020 (Fax)
ted.meyer@ogletreedeakins.com

**ATTORNEY IN CHARGE FOR PLAINTIFFS**

OF COUNSEL:

Carolyn Russell
State Bar No. 24003913
Stephen J. Quezada
State Bar No. 24076195
Patrick R. Martin (pro hac)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
One Allen Center
500 Dallas, Street, Suite 300
Houston, Texas 77002
713-655-5779
713-655-0020 (Fax)
carolyn.russell@ogletreedeakins.com
stephen.quezada@ogletreedeakins.com

**ATTORNEYS FOR PLAINTIFFS**

Respectfully submitted,

BY: *[signature]*
E. Michelle Bohreer
Federal Bar No. 12074
State Bar No. 06717100
BOHREER & ZUCKER LLP
Two Greenway Plaza, Suite 600
Houston, Texas 77046
713-526-8100 (Telephone)
713-526-8105 (Facsimile)
michelleb@bohreerzucker.com

**ATTORNEY IN CHARGE FOR DEFENDANT RENEW YOU, LLC DBA RENEW YOU MD AND DR. SCOTT YARISH**

OF COUNSEL:

Todd J. Zucker
Federal Bar No. 11598
State Bar No. 22290465
Bryan Sky-Eagle
Federal Bar No. 987362
State Bar No. 24045313
BOHREER & ZUCKER LLP
Two Greenway Plaza, Suite 600
Houston, Texas 77046
713-526-8100 (Telephone)
713-526-8105 (Facsimile)
toddz@bohreerzucker.com

**ATTORNEYS FOR DEFENDANT RENEW YOU, LLC DBA RENEW YOU MD**

BY: _____
Kimberley M. Spurlock
Federal Bar No. 30807
State Bar No. 24032582
SPURLOCK & ASSOCIATES, P.C.
17280 W Lake Houston Parkway
Humble, Texas 77346
Telephone: 281-548-0900
Facsimile: 281-446-6553
kspurlock@spurlocklaw.com

**ATTORNEY FOR DEFENDANTS KYLE BAUER AND MONICA BAUER**